IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL P. ADDIEGO,

    Plaintiff,                                 No. CIV S-10-1118 MCE GGH PS

    vs.

AT&T UMBRELLA PLAN 1,

    Defendant.                             <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that defendant notify this court, within fourteen days, whether it has any objection to the dismissal of this action.  Should defendant fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: June 18, 2010

                                                  /s/ Gregory G. Hollows

                                           UNITED STATES MAGISTRATE JUDGE

GGH:076/Addiego1118.59.wpd