IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL P. ADDIEGO,

    Plaintiff,                         No. CIV S-10-1118 MCE GGH PS

    vs.

AT&T UMBRELLA PLAN 1,

    Defendant.                    <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, has requested that this action be dismissed.  On June 18, 2010, defendant was directed to notify the court, without fourteen days, whether it had any objection to the dismissal, and defendant failed to respond.  Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), this action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: August 6, 2010

                                            /s/ Gregory G. Hollows

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

GGH:035
addiego.dism